*Judge Swain*

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: JUN 15 2007*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

    - v. -                          :    INDICTMENT

LUIS ANTONIO VELASQUEZ,              :    07 Cr. ____
   a/k/a "Luis Anthony Velasquez"  :
   a/k/a "Charles S. Micochero,"   :

                                          :    **07 CRIM. 549**

           Defendant.           :

- - - - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

On or about June 5, 2007, in the Southern District of New York and elsewhere, LUIS ANTONIO VELASQUEZ, a/k/a "Luis Anthony Velasquez," a/k/a "Charles S. Micochero," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been removed from the United States subsequent to a conviction for the commission of a felony, to wit, a conviction on or about May 31, 1995, for felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), in the United States District Court for the Northern District of Ohio, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security,

to reapply for admission.

   (Title 8, United States Code, Section 1326(a) and (b)(1).)

```
_____          _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

LUIS ANTONIO VELASQUEZ,
a/k/a "Luis Anthony Velasquez"
a/k/a "Charles S. Micochero,"

Defendant.

INDICTMENT

07 Cr.

(8 U.S.C. § 1326(a) and (b)(1))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*[signature]*
Foreperson.

*[handwritten: June 15 2007 GS Indictment Filed. A/w issued Case assigned to Judge Lucian Freeman. USMJ]*