<u>Certificate of Service</u>

      I, Christian R. Everdell, certify that on August 20, 2007, I served by facsimile the endorsed memo dated August 20, 2007, which granted the Government's request for an adjournment of the status conference scheduled for August 20, 2007, at 2:30 p.m. and its request for exclusion of time under the Speedy Trial Act in the case of <u>United States v. Velasquez</u>, 07 Cr. 549, upon the following:

Jennifer Brown, Esq.
Federal Defenders
52 Duane Street, 10th Floor
New York, NY 10007
212-417-8722
212-571-0392 (fax)

                                    /s/ Christian R. Everdell
                                    Christian R. Everdell

Dated: August 20, 2007
       New York, New York