

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 1 2007

**United States Attorney**
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 17, 2007

BY FACSIMILE

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street, Room 755
New York, New York 10007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: *United States* v. *Luis Velasquez*,
07 Cr. 549 (LTS)

Dear Judge Swain:

The above-referenced case is currently scheduled for a status conference before Your Honor on Monday, August 20, 2007, at 2:30 p.m. The parties have engaged in plea negotiations and are discussing a possible resolution of the case. Accordingly, the Government respectfully requests that the Court adjourn the status conference until August 27, 2007, so that the parties may complete these negotiations. I have spoken to defense counsel and she consents to this request.

The Government also respectfully requests that, should the Court grant the adjournment, the Court exclude time from August 20, 2007 until August 27, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government and defense counsel to continue plea negotiations in an effort to resolve the case. Defense counsel consents to this request for the exclusion of time.

Should the Court grant the adjournment, the Government will, consistent with the Court's practices, send the Court a copy of any plea agreement reached between the parties by Thursday, August 23, 2007.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
Christian R. Everdell
Assistant United States Attorney
(212) 637-2556

cc: Jennifer Brown, Esq.
(by facsimile)

*The foregoing adjournment and exclusion requests are granted as in the interests of justice. The conference is adjourned to August 27, 2007, at 2:30pm.*

SO ORDERED.

*[signature]* 8/20/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE