Certificate of Service

      I, Christian R. Everdell, certify that on August 27, 2007, I served by facsimile the endorsed memo dated August 23, 2007, which referred the case of *United States* v, *Velasquez*, 07 Cr. 549, to Magistrate's Court and which granted the Government's request to cancel the status conference scheduled for August 27, 2007, upon the following:

    Deirdre von Dornum, Esq.
    Federal Defenders
    52 Duane Street, 10th Floor
    New York, NY 10007
    212-417-8767
    212-571-0392 (fax)


                                              /s/ Christian R. Everdell
                                              Christian R. Everdell

Dated:  August 27, 2007
         New York, New York