

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____       │
│ DATE FILED:  AUG 2 7 2007   │
└─────────────────────────────┘
```

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 23, 2007

**BY FACSIMILE**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street, Room 755
New York, New York 10007

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

  Re: *United States v. Luis Velasquez,*
     07 Cr. 549 (LTS)

Dear Judge Swain:

  The above-referenced case is currently scheduled for a status conference before Your Honor on Monday, August 27, 2007, at 2:30 p.m. By this letter, I wish to inform the Court that the Government has decided to file a Superseding Misdemeanor Information in this case. Defense counsel consents to proceeding before a Magistrate Judge. I have also spoken to Your Honor's law clerk, who has indicated that this is Your Honor's practice for cases involving misdemeanors.

  Should the Court refer the case to Magistrates' Court, the Government respectfully requests that the status conference scheduled for Monday, August 27, 2007, at 2:30 p.m. be cancelled.

*The Matter is hereby referred to Magistrate's Court and the August 27, 2007 conference is cancelled.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Christian R. Everdell
Assistant United States Attorney
(212) 637-2556

**SO ORDERED.**

_____
8/23/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: Jennifer Brown, Esq.
   (by facsimile)