```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :
                                      SUPERSEDING
          - v. -                  :   INFORMATION

LUIS ANTONIO VELASQUEZ,           :   S1 07 Cr. 549 (LTS)
   a/k/a "Luis Anthony Velasquez,"
   a/k/a "Charles S. Micochero,"  :

          Defendant.              :

- - - - - - - - - - - - - - - - - - x
```

COUNT ONE

The United States Attorney charges:

In or about April 2001, LUIS ANTONIO VELASQUEZ, a/k/a "Luis Anthony Velasquez," a/k/a "Charles S. Micochero," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter the United States at a time and place other than as designated by immigration officers, to wit, VELASQUEZ, a citizen of Belize, entered the United States through the United States-Mexico border without seeking or obtaining permission to so do.

(Title 8, United States Code, Section 1325(a).)

*[signature]*
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

AUG 2 8 2007